# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Carey Gonzales,<br><br>    Plaintiff,<br><br>v.<br><br>United Collection Bureau, Inc.<br><br>    Defendant. | CASE NO.:  3:08cv2104<br><br>JUDGE: Carr<br><br>**STIPULATION OF DISMISSAL<br>       WITH PREJUDICE** |

    Now comes the parties, by and through counsel, and hereby dismiss the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(ii).


RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Macey & Aleman | Surdyk, Dowd, & Turner |
| By: /s/ Jeffrey S. Hyslip | By: /s/ Jeffrey C. Turner |
| Jeffrey S. Hyslip | Jeffrey C. Turner |
| 233 S. Wacker Drive, Suite 5150 | 1 Prestige Place, Suite 700 |
| Chicago, IL 60606 | Miamisburg, OH 45342 |
| Telephone: 1.866.339.1156 | Telephone: 937-222-2333 |
| jsh@legalhelpers.com | jturner@sdtlawyers.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2009, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Jeffrey C. Turner (OH # 0063154)
SURDYK, DOWD & TURNER CO., L.P.A.
jturner@sdtlawyers.com

/s/ Jeffrey S. Hyslip