## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Carey Gonzales,<br><br>     Plaintiff,<br><br>v.<br><br>United Collection Bureau, Inc.<br><br>     Defendant. | CASE NO.:  3:08cv2104<br><br>JUDGE: Carr<br><br><br><br>**STIPULATION OF DISMISSAL<br>     WITH PREJUDICE** |

    Now comes the parties, by and through counsel, and hereby dismiss the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(ii).


RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Macey & Aleman | Surdyk, Dowd, & Turner |
| By: /s/ Jeffrey S. Hyslip<br>Jeffrey S. Hyslip<br>233 S. Wacker Drive, Suite 5150<br>Chicago, IL 60606<br>Telephone: 1.866.339.1156<br>jsh@legalhelpers.com<br>Attorneys for Plaintiff | By: /s/ Jeffrey C. Turner<br>Jeffrey C. Turner<br>1 Prestige Place, Suite 700<br>Miamisburg, OH 45342<br>Telephone: 937-222-2333<br>jturner@sdtlawyers.com<br>Attorneys for Defendant |

It is so ordered.

 s/ James G. Carr  1/29/2009
_____
Chief Judge

1